1042

[No. 24323–3–I.   Division One.   November 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
DUANE FRYE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 88–1–00124–2, Stanley K. Bruhn, J., entered
March 20, 1989. *Remanded with instructions* by unpublished per curiam opinion.

[No. 9924–5–III.   Division Three.   November 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM C.
CREWS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Klickitat County, No. 88–1–00136–9, Ted Kolbaba, J.,
entered April 3, 1989. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 10442–7–III.   Division Three.   November 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GAILINE
LOUISE SURITA, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 89–1–00267–2, Charles W. Cone, J.,
entered December 4, 1989. *Affirmed in part* and *reversed in
part* by unpublished opinion per Munson, C.J., concurred
in by Thompson and Shields, JJ.

[No. 10486–9–III.   Division Three.   November 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN KENDALL
BILLINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–1–00435–7, William J. Grant, J.,
entered December 1, 1989. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by Thompson and
Shields, JJ.